JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
EMC MORTGAGE CORPORATION AND CITIBANK, N.A.,
AS TRUSTEE FOR CERTIFICATE HOLDERS OF
STRUCTURED ASSET MORTGAGE INVESTMENTS II
TRUST 2007-AR6, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-AR6

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID S. MEDINA and STEVEN MEDINA aka STEVEN SALCEDO, <br><br> Plaintiff, <br><br> v. <br><br> EMC Mortgage Corporation, OneWest Bank FSB by acquisition of Indymac Bank FSB and Citibank, N.A., As Trustee For Certificateholders of Structured Asset Mortgage Investments II Trust 2007-AR6, Mortgage Pass-Through Certificates, Series 2007-AR6 <br><br> Defendants. | **CASE NO.: 09-cv-04830 CW** <br><br> **JUDGE:**   Hon. Claudia Wilken <br><br> **ORDER RE: MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT THE INITIAL CASE MANAGEMENT CONFERENCE (AS MODIFIED)** <br><br> **DATE:**   June 29, 2010 <br> **TIME:**   2:00 p.m. <br> **CRTRM:**   "2", 4th Floor <br><br> **Action Filed:**  October 9, 2009 |

The Court, having reviewed the Motion for Leave to Appear by Telephone at the Initial Case Management Conference ("CMC") of defendants EMC Mortgage Corporation ("EMC") and Citibank, N.A., as Trustee for Certificateholders of Structured Asset Mortgage Investments II Trust 2007-AR6, Mortgage Pass-Through Certificates Series 2007-AR6 ("Citibank" and collectively, "Defendants") in good cause appearing therefore, hereby orders as follows:

1

MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT THE CMC

1134723.1

1    IT IS HEREBY ORDERED, **the motion is denied as moot in that the Case Management**
2    **Conference has been vacated.**

4    DATED:  <u>6/24/2010</u>                              By: _____
                                                          Judge of the District Court